UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FARM CREDIT OF NORTHWEST
FLORIDA, ACA,

    Plaintiff,

v.                                        Case No. 8:10-cv-989-T-30TGW

BING CHARLES W KEARNEY, JR., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #7). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 6, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-989.dismiss 7.wpd